In the Matter of FRANK C. UITZ, JR., Appellant, against FREDERICK MORAN et al., as Commissioners of the State Board of Parole, Respondent.

Submitted January 3, 1944; decided January 13, 1944.

*Frank C. Uitz, Jr.,* in person, for motion.

*Nathaniel L. Goldstein, Attorney-General (Wortley P. Paul* of counsel), opposed.

Motion for leave to prosecute appeals as a poor person denied on the ground no appeal lies as of right from the orders appealed from.